

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     TIC Philly Landsdale 2, LLC, et al. v. Moody National Hospitality Philly Lansdale V LLC, et al.

Appellate case numbers:  01-22-00610-CV

Trial court case number: 2021-46723

Trial court:             151st District Court of Harris County

     Appellants have filed an Unopposed Motion for Leave to File Amended Appellants' Brief and Corrected Appendix.  The motion is **GRANTED**.

     It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                             Acting individually

Date: ___January 19, 2023___